Ramen in your recline

# EXHIBIT A

Search

New Releases   Discover   Articles   Recommendations   My Profile   Advanced Search        Sign Up | Log in



Joe López / Mazz
Songs That I Wrote: Joe Lopez Composer of the Year

| AllMusic Rating | User Ratings (0) | Your Rating |
|---|---|---|

| Overview | User Reviews | Credits | Releases | Similar Albums |

Share on

## User Reviews

There are no user reviews for this album. Sign up or Log In to your AllMusic Account to write a review.

**Discography Browser**

## Track Listing

| # | Title/Composer | Performer | Time |
|---|---|---|---|
| 1 | No Te Olvidaré<br>Joe López | Joe López / Mazz | |
| 2 | Que Dolor<br>Joe López | Joe López / Mazz | |
| 3 | Amaneci<br>Joe López | Joe López / Mazz | |
| 4 | Cachito<br>Joe López / Consuelo Velázquez | Joe López / Mazz | |
| 5 | Buscando Amores<br>Joe López | Joe López / Mazz | |
| 6 | Ya Te Olvidaste<br>Joe López | Joe López / Mazz | |
| 7 | Que Mala Fuiste<br>Joe López | Joe López / Mazz | |



Play "Songs That I Wrote:..."
on Amazon Music

**Release Date**   August 27, 1991



Dejame Amarte Otra Vez by Mazz on Amazon Music - Amazon.com                                                                                                                9/11/19, 9:02 PM

  

Lo Voy A Hacer Por Ti  
Mazz  
1  
Stream or buy for $1.29

El Juego Es Tuyo  
Mazz  
1  
Stream or buy for $1.29

Mazz Cumbias  
Mazz  
Stream or buy for $1.29

## Product details

**Original Release Date:** July 20, 1992

**Release Date:** August 1, 1992

**Label:** Capitol Latin

**Copyright:** ℗© 1992 Capitol Records Inc.

**Record Company Required Metadata:** Music file metadata contains unique purchase identifier. Learn more.

**Duration:** 4:12 minutes

**Genres:**

Latín Music

**ASIN:** B000TDB5G6

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #809,728 Paid in Songs (See Top 100 Paid in Songs)

#27822 in Latin Music (Songs)

## No customer reviews

| | | |
|---|---|---|
| 5 star | | 0% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

## Review this product

Share your thoughts with other customers

Write a customer review

De Oro - Mazz | Songs, Reviews, Credits | AllMusic												9/11/19, 9:04 PM

New Releases  Discover  Articles  Recommendations  My Profile  Advanced Search          Search

Sign Up | Log in



Mazz
De Oro

| AllMusic Rating | User Ratings (0) | Your Rating |

Overview | User Reviews | Credits | Releases | Similar Albums

Share on

## User Reviews

There are no user reviews for this album. Sign up or Log In to your AllMusic Account to write a review.

**Discography Browser**



## Track Listing

| # | Title/Composer | Performer | Time |
|---|---|---|---|
| 1 | Este Amor Que Tengo<br>Joe López | Mazz | 03:27 |
| 2 | Te Quiero Asi<br>Juan Carlos Calderón | Mazz<br>feat: Laura Canales | 04:27 |
| 3 | Are You Lonesome Tonight?<br>Lou Handman / Roy Turk | Mazz | 03:42 |
| 4 | Cuando Calienta el Sol<br>Carlos Alberto Martinoli / Carlos Rigual / Mario Rigual | Mazz | 03:59 |
| 5 | Pero No<br>Joe López | Mazz | 03:20 |
| 6 | Detener el Tiempo<br>Aníbal Pastor | Mazz | 03:20 |
| 7 | Toco Madera<br>Roberto Livi | Mazz | 03:11 |

| # | Title | Artist | Duration |
|---|---|---|---|
| 9 | La Ensalada | Mazz | 05:49 |
| 10 | Cuando Tu Te Vayas<br>Joe López | Mazz | 04:38 |
| 11 | Why<br>Lorenzo Lopez | Mazz | 03:42 |
| 12 | Dime Que Si<br>Luis Silva | Mazz | 03:40 |

blue highlight denotes track pick

**Play "De Oro"** on Amazon Music

| | |
|---|---|
| **Release Date** | 1993 |
| **Duration** | 46:44 |
| **Genre** | Latin |
| **Styles** | Latin Pop |

Submit Corrections

Corazon de Joe Lopez – Joe López | Songs, Reviews, Credits | AllMusic                                    9/11/19, 9:05 PM

Search

New Releases   Discover   Articles   Recommendations   My Profile   Advanced Search                Sign Up | Log In



**Discography Browser**



Joe López
*Corazon de Joe Lopez*

| AllMusic Rating | User Ratings (0) | Your Rating |

Overview | User Reviews | Credits | Releases | Similar Albums

**User Reviews**                                                                Share on

There are no user reviews for this album. Sign up or Log In to your AllMusic Account to write a review.

**Track Listing**

| Sample | Title/Composer | Performer | Time |
|---|---|---|---|
| 1 | Se Que Quieres Regresar<br>Joe López | Joe López | 02:56 |
| 2 | Te Quiero Asi<br>Juan Carlos Calderón / Laura Canales | Joe López | 04:27 |
| 3 | Dime Que Si<br>Luis Silva | Joe López | 03:40 |
| 4 | Ahora Quiero Que Me Quieras<br>Luis Silva | Joe López | 03:58 |
| 5 | Tonite<br>Lorenzo Lopez | Joe López | 03:11 |
| 6 | Cuando Tu Te Vayas<br>Joe López | Joe López | 04:38 |
| 7 | Este Amor Que Tengo<br>Joe López | Joe López | 03:27 |

Corazon de Joe Lopez - Joe López | Songs, Reviews, Credits | AllMusic 9/11/19, 9:05 PM

| | | | | |
|---|---|---|---|---|
| 9 | Why<br>Lorenzo Lopez | | Joe López | 03:42 |
| 10 | Mi Vida Sin Ti | | Joe López | 03:09 |
| 11 | Dejame Solo<br>Joe López | | Joe López | 03:27 |
| 12 | Que Triste Es Mi Vida<br>Joe López | | Joe López | 02:46 |

blue highlight denotes track pick



Play "Corazon de Joe Lopez" on Amazon Music

**Release Date** January 12, 1999

**Duration** 42:50

**Genre** Latin

**Styles** Mexican Traditions
Tejano

Submit Corrections

Case 1:19-cv-00200 Document 1-1 Filed on 10/23/19 in TXSD Page 7 of 13

Joe Lopez Y Grupo Mazz 80's | Favoite Music Group or Singer | Selena quintanilla perez, Song artists, Selena quintanilla   9/11/19, 9:06 PM

Search for easy dinners, fashion, etc.    Sign up    Log in



## Discover ideas about Song Artists

Joe Lopez Y Grupo Mazz 80's

Song Artists   Selena Quintanilla Perez   Tex Mex   Sl

More information

**Similar ideas**

  

More informat...   More informat...   More informat...


  

Saved by
Diana Salinas-Sandoval    ✱ 12    More informat...   More informat...   More informat...

### People also love these ideas



Film Music Books   Chicano   San A

emilio navaira
Priscilla Flores-Ybarra
Musicians- Gone too soon



**Imposibilidad – David...**
David Lee   Band Photos   Chicano

David Marez - Imposibilidad
Frances Ramos
Music is Life
See more ∨



**Latin Breed Mega Mix Ft.Ja...**
Spanish Music   David Lee   Song A

During Tejanos first golden age, in the 1970s, big-horn-section bands...
Velvet Ramirez
music
See more ∨



**Amazon.com: En El Amor...**
Latin Artists   Music Film   Music C

Buy En El Amor: Read 2 Digital Music Reviews - Amazon.com
Vicente Gonzalez
tex music
See more ∨



**Mazz – Joe Lopez – La Vo...**
Jimmy Gonzalez   Song Artists   Te

OMG I Keep messin up on the



**Edinburg Texas   Song Artists   Sel**

Born in Edinburg, TX, Roberto Pulido has remained a Tejano...
Diana Bueno
Camping
See more ∨



Tex Mex   Chicano   Kinds Of Musi






New Releases   Discover   Articles   Recommendations   My Profile   Advanced Search                Sign Up | Log In



Joe López
Mazz Fuerte Que Nunca

| AllMusic Rating | User Ratings (0) | Your Rating |

| Overview | User Reviews | Credits | Releases | Similar Albums |

Share on

**User Reviews**

There are no user reviews for this album. Sign up or Log In to your AllMusic Account to write a review.

**Discography Browser**

**Track Listing**

| Sample | | Title/Composer | Performer | Time | Stream |
|---|---|---|---|---|---|
| | 1 | Perdona Cariño | Joe López feat: La Nueva Imagen Mazz | 04:15 | |
| | 2 | Soy Yo<br>Armando Manzanero | Joe López feat: La Nueva Imagen Mazz | 03:59 | |
| | 3 | Mala Mujer | Joe López feat: La Nueva Imagen Mazz | 03:34 | |
| | 4 | Atrápalo<br>Brando Mireles / Jessie Rodriguez | Joe López feat: La Nueva Imagen Mazz | 04:04 | |
| | 5 | Fuimos Capaz<br>Brando Mireles / Jessie Rodriguez | Joe López feat: La Nueva Imagen Mazz | 04:15 | |
| | 6 | Infiel | Joe López feat: La Nueva Imagen Mazz | 03:36 | |
| | 7 | Dices Que Te Vas | Joe López feat: La Nueva Imagen Mazz | 03:28 | |
| | 8 | Ojitos Azules | Joe López feat: La Nueva Imagen Mazz | 03:35 | |

▶ Play "Mazz Fuerte Que Nun..." 🔊
on Amazon Music

| Release Date | March 27, 2001 |
| Duration | 39:08 |
| Genre | Latin |
| Styles | Mexican Traditions<br>Tejano |

New Releases   Discover   Articles   Recommendations   My Profile   Advanced Search

Search

Sign Up | Log in

## Mazz
**Biography by Drago Bonacich**

innovative Tejano grupo that formed in Brownsville, Texas in 1978.

Read Full Biography

| Overview | Biography | Discography | Songs | Credits | Related |

### Album Highlights

Share on


Mazz
Live!! Una Noche Juntos


Mazz
Mazz Románticos Que Nun …


Mazz
Solo Para Ti


Mazz
Standing Ovation


Joe López / Mazz
Songs That I Wrote: Joe …


Mazz
Nuestras Mejores Cancio …

See Full Discography

▶ **Play Mazz** 
on Amazon Music

| | |
|---|---|
| **Active** | 1970s - 1990s |
| **Formed** | 1978 in Brownsville, TX |
| **Genre** | Latin |
| **Styles** | Latin Pop<br>Mexican Traditions<br>Tejano<br>Tropical |
| **Also Known As** | Grupo Mazz |

Submit Corrections

See Top Trending Food & Fun

SAN ANTONIO ▼

### Related Artists

Search

New Releases · Discover · Articles · Recommendations · My Profile · Advanced Search · Sign Up | Log in



**Discography Browser**



Mazz
*Live!! Una Noche Juntos*

| AllMusic Rating | User Ratings (0) | Your Rating |
|---|---|---|

| Overview | User Reviews | Credits | Releases | Similar Albums |

Share on

## User Reviews

There are no user reviews for this album. Sign up or Log In to your AllMusic Account to write a review.

### Track Listing – Disc 1

| Sample | Title/Composer | Performer | Time |
|---|---|---|---|
| 1 | Ven Devórame Otra Vez<br>Palmer Hernandez | Mazz | 00:59 |
| 2 | Vamos a Olvidarnos<br>Joe López | Mazz | 03:43 |
| 3 | Soy Como Soy<br>Joe López | Mazz | 04:07 |
| 4 | Pero No<br>Joe López | Mazz | 03:30 |
| 5 | ¿Por Qué Dios Mio? | Mazz | 04:10 |
| 6 | Amor con Amor | Mazz | 05:47 |
| 7 | Mazz Polkitas | Mazz | 04:21 |

Live!! Una Noche Juntos – Mazz | Songs, Reviews, Credits | AllMusic  9/11/19, 9:23 PM

| Sample | Title/Composer | Performer | Time |
|---|---|---|---|
| 9 | Angel Martino / Miguel Valenzuela | Mazz | 06:08 |

### Track Listing - Disc 2

| Sample | Title/Composer | Performer | Time |
|---|---|---|---|
| 1 | Canciones del Corazon<br>José Alfredo Jiménez / Fernando Z. Maldonado / Federico Mendez / Gilberto Parra | Mazz | 06:57 |
| 2 | Gabino Barrera<br>Victor Rafael Cordero | Mazz | 04:15 |
| 3 | Que Ganas<br>Joe López | Mazz | 03:44 |
| 4 | Mazz Cumbias | Mazz | 09:20 |
| 5 | Laura<br>Humberto Ramon | Mazz | 03:00 |
| 6 | Reprise | Mazz | 04:52 |
| 7 | Mazz: Jam Show Closer<br>Mazz | Mazz | 02:41 |
| 8 | Que Me Lleven Canciones<br>Humberto Ramon | Mazz | 03:55 |

blue highlight denotes track pick



Play "Live!! Una Noche Ju..." on Amazon Music

| | |
|---|---|
| **Release Date** | 1992 |
| **Duration** | 01:17:27 |
| **Genre** | Latin |
| **Styles** | Latin Pop |
| **Recording Date** | June 23, 1991 |
| **Recording Location** | Rosedale Park, San Antonio, TX |

Submit Corrections



Search

New Releases   Discover   Articles   Recommendations   My Profile   Advanced Search                    Sign Up  |  Log in



Mazz
*Mazz Number 16*

| AllMusic Rating | User Ratings (0) | Your Rating |
|---|---|---|

| Overview | User Reviews | Credits | Releases | Similar Albums |
|---|---|---|---|---|

Share on

### User Reviews

There are no user reviews for this album. Sign up or Log in to your AllMusic Account to write a review.

**Discography Browser**



### Track Listing

| | Title/Composer | Performer | Time |
|---|---|---|---|
| 1 | Decidelo<br>Luis Silva | Mazz | |
| 2 | Porque Te Quiero | Mazz | |
| 3 | ¿Por Qué Dios Mio? | Mazz | |
| 4 | Lo Que la Vida Te Da<br>Joe López | Mazz | |

| | | |
|---|---|---|
| 7 | Y Te Lo Di<br>Joe López | Mazz |
| 8 | My Pretty Ballerina<br>Ruly Aguirre | Mazz |
| 9 | Perdóname<br>Juan Gabriel | Mazz |
| 10 | Si Pudiera<br>Luis Silva | Mazz |

blue highlight denotes track pick



Play "Mazz Number 16" on Amazon Music

**Release Date**  1991

**Genre**  Latin

**Styles**  Latin Pop

Submit Corrections